## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PATRICIA TATUM,
      Plaintiff,

vs.                             Case No.:  3:04cv316/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
      Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 20, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's Motion for Attorney Fees (Doc. 18) is granted as follows:

Plaintiff's counsel, John M. Pennington, Esquire, is entitled to recover fees in the amount of $1,443.75 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 ("EAJA"); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount.

**DONE AND ORDERED** this 22nd day of May, 2006.

_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**